UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.K., by and through guardian ad litem,<br><br>Plaintiff,<br><br>v.<br><br>GOLD TRAIL UNION SCHOOL DISTRICT, as an organized school district, BOYD HOLLER, as an individual, and DOES 1-25,<br><br>Defendants. | No. 2:20-cv-02388-MCE-AC<br><br>**ORDER** |

In accordance with Local Rule 202(a), Kellan S. Patterson, attorney of record for the minor Plaintiff in the proceedings, J.K., has filed a Motion for the appointment of J.K.'s mother, Jennifer X., as Guardian ad Litem on J.K.'s behalf for potential claims made by J.K. as alleged in the currently operative First Amended Complaint on file in this action.  Having considered said Motion, and good cause appearing,

The Motion to Appoint Guardian ad Litem (ECF No. 2) is GRANTED.  Jennifer X. is hereby appointed Guardian ad Litem for the minor Plaintiff, J.K.

IT IS SO ORDERED.

Dated:  July 21, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE