**SPINELLI, DONALD & NOTT**
A Professional Corporation
ROSS R. NOTT (State Bar No. 172235)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendants
GOLD TRAIL UNION SCHOOL DISTRICT
And BOYD HOLLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.K. by and through guardian ad litem,<br><br>        Plaintiffs,<br>   vs.<br><br>GOLD TRAIL UNION SCHOOL DISTRICT, as an organized school district, BOYD HOLLER, as an individual, and DOES 1-25,<br>        Defendant. | Case No.:  2:20-cv-02388-MCE-AC<br><br>**ORDER GRANTING REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br>**[JURY TRIAL DEMANDED]**<br><br>**Judge:  Hon. Morrison C. England, Jr.**<br>**Courtroom:  7, 14th floor** |

Pursuant to the stipulation of the parties, this matter is referred for a Settlement Conference to be scheduled before the Hon. Carolyn K. Delaney.  The Clerk for the Hon. Carolyn K. Delaney shall contact the parties to schedule a settlement conference in this matter.

IT IS SO ORDERED.

Dated:  March 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE