**SPINELLI, DONALD & NOTT**
A Professional Corporation
ROSS R. NOTT (State Bar No. 172235)
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants
GOLD TRAIL UNION SCHOOL DISTRICT
And BOYD HOLLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.K. by and through guardian ad litem,<br><br>    Plaintiffs,<br>vs.<br>GOLD TRAIL UNION SCHOOL DISTRICT, as an organized school district, BOYD HOLLER, as an individual, and DOES 1-25,<br><br>    Defendant. | Case No.: 2:20-cv-02388-MCE-AC<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**Judge: Hon. Morrison C. England, Jr.**<br>**Courtroom: 7, 14th floor** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court re dismissal of Plaintiff's First Amended Complaint, the entire action, as to all defendant, with prejudice. This stipulation follows the Court Order dated July 8, 2022 (ECF Document 30) and compliance by the parties therewith. Each party agrees to bear its own costs and fees as to this dismissal.

/ / /

/ / /

1       IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

2   Dated:  September 1, 2022          **LAW OFFICES OF KELLAN PATTERSON**

3                                       By:    /s/ Kellen S. Patterson
                                            Kellan S. Patterson
4                                           Counsel for Plaintiff J.K. Krebs by and through
                                            His guardian ad litem
5

6   Dated: September 1, 2022           **SPINELLI, DONALD & NOTT**

7
                                        By:    /s/ Ross R. Nott
8                                           Ross R. Nott
                                            Counsel for Defendants, GOLD TRAIL UNION
9                                           SCHOOL DISTRICT and BOYD HOLLER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPINELLI, DONALD & NOTT

Stipulation and Order

2

**ORDER**

PURSUANT TO STIPULATION AND REQUEST OF THE PARTIES, IT IS ORDERED AS FOLLOWS:

The Court hereby dismisses this entire action with prejudice, as to all claims alleged by Plaintiff, as to all Defendants. All further dates and deadlines in this matter are hereby vacated, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 8, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE